UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LONNIE JORDAN                                                                                          PETITIONER

V.                                                                    CIVIL ACTION NO. 3:17-CV-733-DPJ-LRA

WARDEN FRANK SHAW                                                                                RESPONDENT

ORDER

This habeas corpus action pursuant to 28 U.S.C. §2254 is before the Court on the Report and Recommendation [16] of United States Magistrate Judge Linda R. Anderson.

Petitioner Lonnie Jordan filed a federal habeas petition on September 12, 2017, following an unsuccessful state-court appeal. *See* Pet. [1] at 1–2. In his petition, he challenges his convictions for automobile theft and kidnapping on four grounds: (1) witness credibility; (2) verdict against the overwhelming weight of the evidence; (3) insufficient evidence; and (4) unlawful arrest. *Id.* at 1, 5, 7, 10. Respondent Warden Frank Shaw responded to Jordan's petition and moved to dismiss it on February 15, 2018. Resp. [13] at 16. After a careful review of the record, Judge Anderson issued a Report and Recommendation on June 4, 2020, recommending that Jordan's petition be dismissed with prejudice. Objections were due by June 18, 2020, but none have been filed as of the date of this Order.

The Court finds the Report and Recommendation [16] should be adopted as the opinion of the Court; the petition is dismissed with prejudice. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 29th day of June, 2020.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE